# EXHIBIT B

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION – CLASS ACTION<br><br>No. GD-20-10605<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS DIRECTED TO DEFENDANT WALMART STORES, INC.**<br><br>**JURY TRIAL DEMANDED**<br><br>Filed on behalf of Plaintiffs:<br>Counsel of Record for these Parties:<br><br>Frank G. Salpietro, Esquire<br>Pa. I.D. No. 47154<br><br>Emily E. Town, Esquire<br>Pa. I.D. No. 309881<br><br>Rothman Gordon, P.C.<br>Firm I.D. 010<br>310 Grant Street – Third Floor<br>Pittsburgh, PA 15219<br>(412) 338-1185 (telephone)<br>(412) 246-1785 (facsimile)<br>fgsalpietro@rothmangordon.com<br><br>**(LEAD CLASS COUNSEL)**<br><br>Steffan T. Keeton, Esquire<br>Pa. I.D. No. 314635<br><br>The Keeton Firm LLC<br>10 South Commons – Suite 102<br>Pittsburgh, PA 15212<br>(888) 412-5291 (Ext. 711)<br>stkeeton@keetonfirm.com<br><br>**(CO-COUNSEL)** |

FILED
20 OCT 13 AM 11:05
DEPT. OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY PA

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION – CLASS ACTION<br><br>No. GD-20-10605 |

### NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS DIRECTED TO DEFENDANT WALMART STORES, INC.

PLEASE TAKE NOTICE that, on the 12th day of October, 2020, Plaintiffs served their First Set of Discovery Requests Directed to Defendant Walmart Stores, Inc., by regular mail to the following address:

Walmart Stores, Inc.
702 SW 8th Street
Bentonville, AR  72716

ROTHMAN GORDON, P.C.

By: _____
Frank G. Salpietro, Esquire
PA I.D. No. 47154

310 Grant Street
Third Floor – Grant Building
Pittsburgh, PA  15219
(412) 338-1185 – (phone)
(412) 246-1785 – (facsimile)
fgsalpietro@rothmangordon.com

Attorneys for Plaintiffs

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: _____Plaintiffs_____

Signature: _____

Name: _____Frank G. Salpietro_____

Attorney No.: _____47154_____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Notice of Service has been served upon Defendant at the address set forth below via regular mail this 12th day of October, 2020:

>Walmart Stores, Inc.
>702 SW 8th Street
>Bentonville, AR  72716

By: _____
Frank G. Salpietro, Esquire
Attorneys for Plaintiffs

64628-1
4840-8944-2766, v. 1

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION – CLASS ACTION<br><br>No. GD-20-10605<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' SECOND SET OF DISCOVERY REQUESTS DIRECTED TO DEFENDANT WALMART STORES, INC.**<br><br>**JURY TRIAL DEMANDED**<br><br>Filed on behalf of Plaintiffs:<br>Counsel of Record for these Parties:<br><br>Frank G. Salpietro, Esquire<br>Pa. I.D. No. 47154<br><br>Emily E. Town, Esquire<br>Pa. I.D. No. 309881<br><br>Rothman Gordon, P.C.<br>Firm I.D. 010<br>310 Grant Street – Third Floor<br>Pittsburgh, PA  15219<br>(412) 338-1185 (telephone)<br>(412) 246-1785 (facsimile)<br>fgsalpietro@rothmangordon.com<br><br>**(LEAD CLASS COUNSEL)**<br><br>Steffan T. Keeton, Esquire<br>Pa. I.D. No. 314635<br><br>The Keeton Firm LLC<br>10 South Commons – Suite 102<br>Pittsburgh, PA  15212<br>(888) 412-5291 (Ext. 711)<br>stkeeton@keetonfirm.com<br><br>**(CO-COUNSEL)** |

FILED
20 OCT 21 PM 3:19
DEPT. OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY PA

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION – CLASS ACTION<br><br>No. GD-20-10605 |

## NOTICE OF SERVICE OF PLAINTIFFS' SECOND SET OF DISCOVERY REQUESTS DIRECTED TO DEFENDANT WALMART STORES, INC.

PLEASE TAKE NOTICE that, on the 21st day of October, 2020, Plaintiffs served their Second Set of Discovery Requests Directed to Defendant Walmart Stores, Inc., by regular mail to the following address:

> Walmart Stores, Inc.
> 702 SW 8th Street
> Bentonville, AR 72716
> Attention: Legal Department

ROTHMAN GORDON, P.C.

By: _____
Frank G. Salpietro, Esquire
PA I.D. No. 47154

310 Grant Street
Third Floor – Grant Building
Pittsburgh, PA 15219
(412) 338-1185 – (phone)
(412) 246-1785 – (facsimile)
fgsalpietro@rothmangordon.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice of Service has been served upon Defendant at the address set forth below via regular mail this 21st day of October, 2020:

        Walmart Stores, Inc.
        702 SW 8th Street
        Bentonville, AR  72716
        Attention:  Legal Department

By: _____
      Frank G. Salpietro, Esquire
      Attorneys for Plaintiffs

64628-1
4846-6668-0783, v. 1



## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: ___Plaintiffs___

Signature: _____

Name: ___Frank G. Salpietro___

Attorney No.: ___47154___

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>　　　　Defendant. | CIVIL ACTION – CLASS ACTION<br><br>No. GD-20-10605<br><br>**AFFIDAVIT OF SERVICE**<br><br>**JURY TRIAL DEMANDED**<br><br>Filed on behalf of Plaintiffs:<br>Counsel of Record for these Parties:<br><br>Frank G. Salpietro, Esquire<br>Pa. I.D. No. 47154<br><br>Emily E. Town, Esquire<br>Pa. I.D. No. 309881<br><br>Rothman Gordon, P.C.<br>Firm I.D. 010<br>310 Grant Street – Third Floor<br>Pittsburgh, PA  15219<br>(412) 338-1185 (telephone)<br>(412) 246-1785 (facsimile)<br>fgsalpietro@rothmangordon.com<br>**(LEAD CLASS COUNSEL)**<br><br>Steffan T. Keeton, Esquire<br>Pa. I.D. No. 314635<br><br>The Keeton Firm LLC<br>10 South Commons – Suite 102<br>Pittsburgh, PA  15212<br>(888) 412-5291 (Ext. 711)<br>stkeeton@keetonfirm.com<br>**(CO-COUNSEL)** |

### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION – CLASS ACTION<br><br>No. GD-20-10605 |

### **AFFIDAVIT OF SERVICE**

I, Frank G. Salpietro, Esquire, certify upon information and belief that Defendant Walmart Stores, Inc., t/d/b/a Walmart, was properly served on October 13, 2020, by serving an agent, manager, clerk or other person for the time being in charge of a regular place of business or activity of Defendant, as evidenced by the attached certified mail return receipt, pursuant to Pa. R.C.P. 404 and 403.

The above statement is true and correct to the best of my knowledge, information and belief. I understand that false statements contained herein are subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

ROTHMAN GORDON, P.C.

By: ___/s/ Frank G. Salpietro___
  Frank G. Salpietro

Attorneys for Plaintiff Christopher Lisowski, on behalf of himself and all others similarly situated

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

PGS OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____    Postmark
☐ Certified Mail Restricted Delivery   $ _____    Here
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To  Walmart Stores, Inc.
Street and   702 SW 8th Street
City, State,  Bentonville, AR  72716

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0000 5125 4145

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walmart Stores, Inc.
702 SW 8th Street
Bentonville, AR  72716

9590 9402 5137 9092 8109 51

2. Article Number *(Transfer from service label)*
7019 1120 0000 5125 4145

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt





## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Affidavit of Service has been served upon Defendant at the addresses set forth below via regular mail, this 28th day of October, 2020:

>Walmart Stores, Inc.
>702 SW 8th Street
>Bentonville, AR  72716
>Attention:  Legal Department

ROTHMAN GORDON, P.C.

By: /s/ Frank G. Salpietro
    Frank G. Salpietro, Esquire

Attorneys for Plaintiff Christopher Lisowski, on behalf of himself and all others similarly situated

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: __Plaintiffs__

Signature: __/s/ Frank G. Salpietro__

Name: __Frank G. Salpietro__

Attorney No.: __47154__