# EXHIBIT C

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated, | CIVIL DIVISION |
| Plaintiff, | No. GD-20-010605 |
| v. | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| WALMART STORES, INC., t/d/b/a WALMART, | Filed on behalf of Defendant |
| Defendant. | Thomas E. Sanchez<br>Pa. I.D. No. 311199<br>tsanchez@eckertseamans.com |
| | Michael P. Pest<br>Pa. I.D. No. 312025<br>mpest@eckertseamans.com |
| | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA  15219<br>Telephone:  (412) 566-6000<br>Fax:  (412) 566-6099 |

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

CHRISTOPHER LISOWSKI, on behalf of
himself and all others similarly situated,

                Plaintiff,

   v.

WALMART STORES, INC., t/b/d/a
WALMART,

                Defendant.

CIVIL DIVISION

No. GD-20-010605

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:    The Department of Court Records, Civil Division

        PLEASE TAKE NOTICE that on the 10th day of November, 2020, Defendant Walmart

Inc. (incorrectly named Walmart Stores, Inc.) filed a Notice of Removal of this case in the United

States District Court for the Western District of Pennsylvania, a copy of which is attached hereto

as **Exhibit A**.

                      Respectfully submitted,

Dated:  November 10, 2020              */s/ Michael P. Pest*
                                        Thomas E. Sanchez
                                        Pa. I.D. No. 311199
                                        tsanchez@eckertseamans.com

                                        Michael P. Pest
                                        Pa. I.D. No. 312025
                                        mpest@eckertseamans.com

                                        ECKERT SEAMANS CHERIN &
                                        MELLOTT, LLC
                                        600 Grant Street, 44th Floor
                                        Pittsburgh, PA  15219
                                        Telephone:  (412) 566-6000
                                        Fax:  (412) 566-6099
                                        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Filing of Notice of Removal was served

upon the following via regular mail and email on November 10, 2020:

Frank G. Salpietro, Esq.
Emily E. Town, Esq.
Rothman Gordon, P.C.
310 Grant Street - Third Floor
Pittsburgh, PA 15219
fgsalpietro@rothmangordon.com
etown@rothmangordon.com

Steffan T. Keeton, Esq.
The Keeton Firm LLC
10 South Commons - Suite 102
Pittsburgh, PA 15212
stkeeton@*keetonfirm*.com

*Attorneys for Plaintiff*


/s/ Michael P. Pest
Michael P. Pest