# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

Farnett

vs.

Walmart Stores

NO. GD-13-11472

## ORDER OF COURT

AND NOW, TO-WIT, THIS __11__ DAY OF __June__, 2015, for the reasons set forth in my 7/14/14 mem of orders of court and at oral argument, I rule that the Dept of Revenue is not a necessary party.

[signature]

FILED
2015 JUN 11 AM 8:25
DEPT OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY

Copies mailed. (d) 6/11/15