# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | 2:20-CV-1729-NR |

## ORDER

**AND NOW**, this **7th day of January, 2021**, it is hereby **ORDERED** that, for the reasons stated in the Court's accompanying Memorandum Opinion, Plaintiff Christopher Lisowski's motion to remand to state court, ECF 11, is **DENIED**.

BY THE COURT

/s/ *J. Nicholas Ranjan*
United States District Judge