IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION<br><br>No.  2:20-cv-01729-NR |

## NOTICE OF APPEAL

Notice is given that Christopher Lisowski, on behalf of himself and all others similarly situated, Plaintiffs in the above case, hereby appeal to the United States Court of Appeals for the Third Circuit from the denial of Plaintiff's Motion to Remand to State Court.

The District Court entered the Order Denying Plaintiffs' Motion to Remand to State Court, ECF No. 26, on January 7, 2021.

        Respectfully submitted,

        ROTHMAN GORDON, P.C.

        By:    /s/ Frank G. Salpietro
                  Frank G. Salpietro, Esquire
                  Pa. I.D. No. 47154

                  Emily E. Town, Esquire
                  Pa. I.D. No. 309881

                  310 Grant Street – 3rd Floor
                  Pittsburgh, PA  15219
                  fgsalpietro@rothmangordon.com
                  eetown@rothmangordon.com

                  Lead Counsel for the Plaintiff Class

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of January, 2021, I served a copy of Notice of Appeal via the Court's CM/ECF system which will send notice to:

Thomas E. Sanchez, Esquire
Michael P. Pest, Esquire
Eckert Seamans Cherin Mellott, LLC
600 Grant Street – 44th Floor
Pittsburgh, PA 15219

Paul Berks, Esquire
Suyash Agrawal, Esquire
Massey & Gail LLP
50 E. Washington Street – Suite 400
Chicago, IL 60602

Kathryn Robinette, Esquire
Massey & Gail LLP
1000 Maine Avenue SW – Suite 450
Washington, DC 20024

/S/ Frank G. Salpietro
Frank G. Salpietro

4825-4889-8006, v. 1