UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | Civil Action No. 2:20-cv-01729-NR |

**WALMART'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Walmart respectfully submits this notice of supplemental authority in connection with Defendant's motion to dismiss (ECF No. 15) to bring to the Court's attention a relevant case decided after the close of briefing.

Attached as Exhibit A is *McLean v. Big Lots Inc., et al.*, No. 2:20-cv-02000 (W.D. Pa. June 7, 2021). In *McLean*, Judge Horan dismissed with prejudice the plaintiff's claim that the defendants violated the Pennsylvania Unfair Trade Practices and Consumer Protection Law by charging sales tax on products that were not subject to sales tax.

Date: June 8, 2021

Respectfully submitted,

By: /s/ Thomas E. Sanchez
Thomas E. Sanchez (Pa. I.D. No. 311199)
Michael P. Pest (Pa. I.D. No. 312025)
ECKERT SEAMANS
CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000 (telephone)
(412) 566-6099 (facsimile)
tsanchez@eckertseamans.com
mpest@eckertseamans.com

Suyash Agrawal (*pro hac vice*)
Paul J. Berks (Pa. I.D. No. 90694)
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590 (telephone)
(312) 379-0467 (facsimile)
sagrawal@masseygail.com
pberks@masseygail.com

Kathryn Robinette (*pro hac vice*)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, D.C. 20024
(202) 652-4511 (telephone)
(312) 379-0467 (facsimile)
krobinette@masseygail.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Walmart's Notice of Supplemental Authority was filed via the electronic filing/service system of the United States District Court for the Western District of Pennsylvania, on this 8th day of June, 2021, which will send notification of such filing to all counsel of record.

*/s/ Thomas E. Sanchez*
Thomas E. Sanchez