# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, | ) |
| Plaintiff, | ) ) ) Civil Action No. 2:20-cv-1729 |
| v. | ) ) ) United States District Judge |
| WALMART STORES, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

**AND NOW,** this **4th** day of **August**, **2021**, it is hereby **ORDERED** that, for the reasons stated in the Court's accompanying Opinion, Defendant Walmart Stores, Inc.'s motion to dismiss, ECF 15, is GRANTED. This civil action is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

s/ J. Nicholas Ranjan<br>
United States District Judge