IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LISOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., t/d/b/a WALMART,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:20-cv-01729-NR<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Christopher Lisowski, on behalf of himself and all others similarly situated, Plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Third Circuit from the August 4, 2021 Final Order of the United States District Court for the Western District of Pennsylvania (per Ranjan, J.), which dismissed the above-captioned matter with prejudice pursuant to F.R.C.P. 12(b)(6).

Respectfully submitted,

   /s/ Frank G. Salpietro, Esquire   
Attorney for Plaintiffs

Rothman Gordon, P.C.
310 Grant Street – 3rd Floor
Pittsburgh, PA  15219
(412) 338-1185 (telephone)
(412) 246-1785 (facsimile)
fgsalpietro@rothmangordon.com

64628-1
4816-3964-3637, v. 1